**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1527

SAN CHEN,

       Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

       Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 15, 2013     Decided:  October 30, 2013

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Cora J. Chang, New York, New York, for Petitioner. Stuart F. Delery, Assistant Attorney General, Edward J. Duffy, Jr., Senior Litigation Counsel, John M. McAdams, Jr., Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

San Chen, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's decision denying his requests for asylum and withholding of removal. We have thoroughly reviewed the record, including the various documentary exhibits relevant to country conditions in China, the transcript of Chen's merits hearing, and Chen's supporting affidavit and evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, see 8 U.S.C § 1252(b)(4)(B) (2006), and that substantial evidence supports the Board's decision. See INS v. Elias-Zacarias, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Chen (B.I.A. Apr. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED